IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICH POISEL'S ROOFING and RICH POISEL,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Defendant. | **8:19CV447**<br><br>**FINDINGS AND RECOMMENDATION** |

The plaintiffs, pro se, filed the Complaint on October 11, 2019. (Filing No. 1). Based on the record before the Court, it appeared that the plaintiffs failed to serve the defendant with notice of the lawsuit within 90-days after filing the Complaint, so on January 13, 2020, the Court entered an Order (Filing No. 6) directing the plaintiffs to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. Additionally, the Court's Order explained that the face of the Complaint does not establish that this court has subject matter jurisdiction and ordered the plaintiffs to show cause why this case should not be dismissed for lack of subject matter jurisdiction.

The Court provided the plaintiffs until January 30, 2020, to respond to the show cause order, which warned them that failure to timely comply with the order may result in dismissal of this action without further notice. The plaintiffs filed no response. To date, the plaintiffs have not filed any return of service indicating service on the defendant, a waiver of service has not been filed, the defendant has not entered a voluntary appearance, and the plaintiffs have not requested an extension of time to complete service. The plaintiffs were responsible for having the summons and complaint served within the time allowed by Rule 4(m) and failed to do so in this case. Furthermore, the face of the Complaint does not establish that this court has subject matter jurisdiction. Accordingly,

**IT IS HEREBY RECOMMENDED** to Robert F. Rossiter, Jr., United States District Court Judge, that the above-captioned case be dismissed for failure of service pursuant to Federal Rule of Civil Procedure 4(m) and for lack of subject matter jurisdiction.

Dated this 4th day of February, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

## ADMONITION

A party may object to a magistrate judge's findings and recommendation by filing an objection within fourteen (14) days after being served with a copy of the findings and recommendation. NECivR 72.2. Failure to timely object may constitute a waiver of any objection.